| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Donald Schwartz, Attorney at Law<br>Donald Schwartz SBN 122476<br>7960 Soquel Drive Unit 291<br>Aptos, CA 95073<br>　　　　　TELEPHONE NO: 831-331-9909　　　FAX NO *(Optional)*:<br>　E-MAIL ADDRESS *(Optional)*: donald@lawofficedonaldschwartz.com<br>　　　ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - Oakland<br>1301 Clay St. #400 South<br>Oakland, CA  94612-5212 | |
| PLAINTIFF / PETITIONER:　Robert Bennett<br>DEFENDANT / RESPONDENT:　Rey-Fang Lin, et al. | CASE NUMBER:<br>3:24-cv-03115-RFL |
| **NON SERVICE REPORT** | Ref. No. or File No.:<br>11643929 (23559725) |

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:
Summons, Complaint with Exhibits, Summons, Summons, Summons

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Charles Chiang

1) Unsuccessful Attempt: Aug 21, 2024, 3:24 pm PDT at Home: 2131 12th Ave, Oakland, CA 94606
　　No answer at the door

2) Unsuccessful Attempt: Aug 26, 2024, 1:28 pm PDT at Home: 2131 12th Ave, Oakland, CA 94606
　　No answer at the door

3) Unsuccessful Attempt: Aug 28, 2024, 12:38 pm PDT at Home: 2131 12th Ave, Oakland, CA 94606
　　There is no answer at the door. Neighbor stated he barely sees anyone there

4) Unsuccessful Attempt: Sep 2, 2024, 9:38 am PDT at Home: 2131 12th Ave, Oakland, CA 94606
　　Vehicles in driveway. No answer at the door

Process is being returned without service for the following reason(s):
Vehicles in driveway. No answer at the door

Fee for service: $95.00

Registered California process server.
Kenya Jones
County: Contra Costa
Registration No.: 1682

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*Kenya Jones*

Date: September 5, 2024