Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 510-969-7020
email: triallaw@cruzio.com

Attorney for Plaintiff
Robert Bennett

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENNETT,<br><br>         Plaintiff,<br><br>vs.<br><br>REY-FANG LIN, et.,<br><br>         Defendants.<br>_____ | Case No. 3:24-cv-03115-RFL<br><br>**DECLARATION OF DONALD CHARLES SCHWARTZ RE: ORDER TO SHOW CAUSE**<br><br>**Date: 10/22/24**<br>**Judge: Honorable Rita F. Lin**<br>**Courtroom: 15 – 18th Floor**<br>**450 Golden Gate Ave., San Francisco** |

Plaintiff Robert Bennett submits his Response to Order to Show Cause and Donald Charles Schwartz declares as follows.

I am admitted to practice law before all courts in the State of California and the Northern District of California.

If called as a witness I could and would competently testify as set forth herein.

All defendants are served. See Representation Letter attached as Exhibit 1.

The parties are generally in agreement to remand the case to state court and are discussing the mechanics of same.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

1

| | |
|---|---|
| Dated: 10/22/2024 | */s/ **Donald Charles Schwartz*** |
| | _____ |
| | Donald Charles Schwartz |
| | Attorney for Plaintiff |
| | Robert Bennett |

# EXHIBIT 1

# TYSON & MENDES

**JOSEPH J. MINIOZA**
JJMINIOZA@TYSONMENDES.COM
DIRECT: (628) 587-0045

371 Bel Marin Keys Blvd, Suite 100
Novato, CA 94949
FAX: (628) 299-7764

September 27, 2024

**<u>Via E-Mail Only</u>**
Donald Charles Schwartz, Esq. – SBN 122476
Law Offices
7960 Soquel Drive, Suite 291
Aptos, CA 95003
Email: triallaw@cruzio.com

Re:  *Bennett v Rey-Fang Lin, et al.*
     USDC for the Northern District, Case No. 3:24-cv-03115-RFL

Dear Counsel:

Please be advised this office has been retained to represent Charlie Chiang, Reyfan Lin, Chin Shih Lin, Sheng Me Lin, and Ray Lin in connection with the complaint filed by your client Robert Bennett. We will be filing a responsive pleading shortly.

I would appreciate you contacting me if there is any pleading, settlement demand, or other deadline currently pending in this case. Occasionally, deadlines are not clearly documented, and I respectfully request your cooperation to avoid missing any deadlines which may exist. Finally, if there is any other issue which you believe warrants immediate attention, please do not hesitate to contact me.

I look forward to working with you on this matter.

Sincerely,

Joseph J. Minioza
JJM/dp