| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Law Offices of Donald C. Schwartz<br>Donald Charles Schwartz, Esq. (SBN 122476)<br>7960 Soquel Drive, No. 291<br>Aptos, CA 95003<br>TELEPHONE NO: 831-331-9909　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: triallaw@cruzio.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |
| PLAINTIFF / PETITIONER:　ROBERT BENNETT<br>DEFENDANT / RESPONDENT:　REY-FANG LIN, et al. | CASE NUMBER:<br>3:24-cv-03115-RFL |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>12430576 (24419532) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint

2. Party Served:　　　　Sheng-Me Lin

3. Date & Time of Delivery:　　January 6, 2025 at 10:55 am PST

4. Address, City and State:　　45 Chadwick Court Millbrae, CA, 94030

5. Manner of Service:　　Personal Service - By personally delivering copies.

Fee for service: $185.00

Registered California process server.
Priscila Carmona
County: Alameda
Registration No.: 1580

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Priscila Carmona*

Priscila Carmona

Date: January 6, 2025